UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:23-CV-00112-HBB

KYLE D.[1]                                                                                                      PLAINTIFF

VS.

MARTIN O'MALLEY, COMMISSIONER
SOCIAL SECURITY[2]                                                 DEFENDANT

## JUDGMENT

In accordance with the order of the Court, it is **HEREBY ORDERED AND ADJUDGED** as follows:

(1) Judgment is entered in favor of the Commissioner.

(2) This is a **FINAL** judgment, and the matter is **STRICKEN** from the active docket of the court.

July 2, 2024

H. Brent Brennenstuhl
United States Magistrate Judge

Copies:       Counsel

---

1 Pursuant to General Order 22-05, Plaintiff's name in this matter was shortened to first name and last initial.
2 Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley is substituted as the defendant in this suit.